TW/2002R00048



SEP 12 2002

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 02-320(AET) |
| v. | : |
| LACY J. GOGGANS,<br>RONALD BLACKWELL,<br>  a/k/a "Spigg-Nice,"<br>TRENELL J. COLEMAN,<br>  a/k/a "Supreme,"<br>  a/k/a "Preme," and<br>RYAN J. WASHINGTON,<br>  a/k/a "Born" | : 18 U.S.C. §§ 922(g), 924(c), 1951, 2113(a)<br>   and 2<br><br>:<br><br>: SUPERSEDING INDICTMENT |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges:

Count One

(Conspiracy to Commit Robberies)

The Defendants

1. At all times relevant to this Superseding Indictment, defendants LACY GOGGANS, RONALD BLACKWELL, a/k/a "Spigg-Nice," TRENELL J. COLEMAN, a/k/a "Supreme," a/k/a "Preme," and RYAN J. WASHINGTON, a/k/a "Born," were residents of the State of New York.

The Banks

2. At all times relevant to this Superseding Indictment, Hudson United Bank, Sun National Bank, Roma Federal Savings Bank, First Union Bank, PNC Bank, Fleet Bank, Hudson City Savings Bank and Sovereign Bank (individually, a "Bank" and collectively, the "Banks") were engaged in commerce (as that term is defined in Title 18, United States Code, Section 1951(b)(3)).

The Conspiracy

3. From in or about December 2000, to on or about April 16, 2002, in the District of New Jersey, and elsewhere, the defendants,

>  LACY J. GOGGANS,
>  RONALD BLACKWELL,
>  a/k/a "Spigg-Nice,"
>  TRENELL J. COLEMAN,
>  a/k/a "Supreme,"
>  a/k/a "Preme,"
>  and
>  RYAN J. WASHINGTON,
>  a/k/a "Born,"

did knowingly and willfully conspire and agree with one another and with others to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery.

4. It was the object of the conspiracy to rob banks.

5. It was part of the conspiracy that the conspirators robbed the following Banks on or about the dates listed below:

| | Date | Name of Bank |
|---|---|---|
| (1) | 12/29/00 | Hudson United Bank<br>68 Elizabeth Street<br>Pemberton, New Jersey<br>(Burlington County) |
| (2) | 04/19/01 | Hudson United Bank<br>68 Elizabeth Street<br>Pemberton, New Jersey<br>(Burlington County) |
| (3) | 06/5/01 | Sun National Bank<br>140 Mercer Street<br>Hightstown, New Jersey<br>(Mercer County) |
| (4) | 07/24/01 | Roma Federal Savings Bank<br>1450 South Broad Street<br>Trenton, New Jersey<br>(Mercer County) |
| (5) | 09/19/01 | First Union Bank<br>1817 Mount Holly Road<br>Burlington Township, New Jersey<br>(Burlington County) |

(6) 11/8/01 PNC Bank
200 Forsgate Drive
Jamesburg, New Jersey
(Middlesex County)

(7) 12/4/01 Fleet Bank
1500 Union Avenue
Union Beach, New Jersey
(Monmouth County)

(8) 01/2/02 Hudson City Savings Bank
Routes 36 and 71
West Long Branch, New Jersey
(Monmouth County)

(9) 02/15/02 Sovereign Bank
226 Applegarth and Half Acre Road
Monroe Township, New Jersey
(Middlesex County)

6. It was further part of the conspiracy that conspirators planned to rob Roma Federal Savings Bank located at 1450 South Broad Street, Trenton, Mercer County, New Jersey, on or about April 16, 2002.

7. It was further part of the conspiracy that conspirators targeted certain Banks, in part, because they were located near exits of the Garden State Parkway or the New Jersey Turnpike.

8. It was further part of the conspiracy that conspirators used cars that had been stolen from locations in New York City.

9. It was further part of the conspiracy that conspirators attempted to conceal their identities by, among other things, wearing gloves, masks, hats, hoods, and sunglasses.

4

10. It was further part of the conspiracy that conspirators, armed with firearms, took control over the customers, bank employees and others inside the Banks (the "victims").

11. It was further part of the conspiracy that conspirators used and threatened physical violence by, among other things, holding their firearms to victims' heads, kicking and dragging victims, binding the hands of victims with wire ties or duct tape, taping a victim's mouth with duct tape, locking victims in the Banks' vaults and other confined areas, and stealing personal items from victims.

12. It was further part of the conspiracy that conspirators stole money from the teller drawers and forced, or attempted to force, Bank employees to open the Banks' vaults.

13. It was further part of the conspiracy that conspirators stole surveillance videotapes.

14. It was further part of the conspiracy that conspirators used radio scanners to listen to communications over law enforcement radio frequencies in an effort to ascertain if law enforcement personnel were nearby.

In violation of Title 18, United States Code, Section 1951.

## Count Two

### (Use and Carry a Firearm During and In Relation to a Crime of Violence)

1. Paragraphs 1, 2 and 4 through 14 of Count One are realleged and incorporated as if fully set forth herein.

2. Between in or about December 2000, and on or about April 16, 2002, in the District of New Jersey, and elsewhere, the defendants,

> LACY J. GOGGANS,
> RONALD BLACKWELL,
>   a/k/a "Spigg-Nice,"
> TRENELL J. COLEMAN,
>   a/k/a "Supreme,"
>   a/k/a "Preme,"
>   and
> RYAN J. WASHINGTON,
>   a/k/a "Born,"

during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the conspiracy to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, contrary to Title 18, United States Code, Section 1951, as alleged in Count One, knowingly and willfully did use and carry a firearm.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## Count Three

### (Attempt to Rob the Roma Federal Savings Bank)

1. At all times relevant to this Superseding Indictment, the Roma Federal Savings Bank, 450 South Broad Street, Trenton, New Jersey ("Roma Federal Savings Bank"), was a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation.

2. On or about April 16, 2002, at Trenton, in Mercer County, in the District of New Jersey, and elsewhere, the defendants,

> LACY J. GOGGANS,
> RONALD BLACKWELL,
>    a/k/a "Spigg-Nice,"
> TRENELL J. COLEMAN,
>    a/k/a "Supreme,"
>    a/k/a "Preme,"
>    and
> RYAN J. WASHINGTON,
>    a/k/a "Born,"

did knowingly and willfully, by force and violence, and by intimidation, attempt to take from the persons and presence of the employees of the Roma Federal Savings Bank, money belonging to and in the care, custody, control, management, and possession of the bank.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## Count Four

### (Use and Carry a Firearm During and In Relation to a Crime of Violence (Goggans))

On or about April 16, 2002, at Trenton, in the District of New Jersey, and elsewhere, the defendants,

> LACY J. GOGGANS,
> RONALD BLACKWELL,
> a/k/a "Spigg-Nice,"
> TRENELL J. COLEMAN,
> a/k/a "Supreme,"
> a/k/a "Preme,"
> and
> RYAN J. WASHINGTON,
> a/k/a "Born,"

during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, the attempt to commit bank robbery, contrary to Title 18, United States Code, Section 2113(a), as alleged in Count Three, knowingly and willfully did use and carry a firearm.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## Count Five

### (Felon in Possession of a Firearm (Goggans))

On or about April 16, 2002, at Trenton, in the District of New Jersey, and elsewhere, the defendant,

### LACY J. GOGGANS,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New York, did knowingly possess in and affecting interstate commerce firearms, namely, a Bryco .380 caliber semi-automatic pistol, bearing manufacturer's serial number 434791 and a Keltec .40 caliber semi-automatic pistol with an obliterated serial number.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## Count Six

### (Felon in Possession of a Firearm (Coleman))

On or about April 16, 2002, at Trenton, in the District of New Jersey, and elsewhere, the defendant,

> TRENELL J. COLEMAN,
> a/k/a "Supreme,"
> a/k/a "Preme,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New York, did knowingly possess in and affecting interstate commerce firearms, namely a Bryco .380 caliber semi-automatic pistol, bearing manufacturer's serial number 434791 and a Keltec .40 caliber semi-automatic pistol with an obliterated serial number.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

### Count Seven

(Felon in Possession of a Firearm (Washington))

On or about April 16, 2002, at Trenton, in the District of New Jersey, and elsewhere, the defendant,

**RYAN J. WASHINGTON,**
a/k/a "Born,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New York, did knowingly possess in and affecting interstate commerce firearms, namely a Bryco .380 caliber semi-automatic pistol, bearing manufacturer's serial number 434791 and a Keltec .40 caliber semi-automatic pistol with an obliterated serial number.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

A TRUE BILL

_____
FOREPERSON

_____
CHRISTOPHER J. CHRISTIE
United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

LACY J. GOGGANS,
RONALD BLACKWELL,
a/k/a "Spigg-Nice"
TRENELL J. COLEMAN,
a/k/a "Supreme,"
a/k/a "Preme," and
RYAN J. WASHINGTON,
a/k/a "Born"

## SUPERSEDING INDICTMENT

Title 18, United States Code,
Sections 922(g);924(c); 1951; 2113(a)
and 2

A TRUE BILL,

_____
Foreperson

**CHRISTOPHER J. CHRISTIE**
*U.S. Attorney*
*Newark, New Jersey*

**TREBY WILLIAMS**
*Assistant U.S. Attorney*
*TRENTON, New Jersey*